# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>MICHAEL DEQUITO MONEGRO,<br>　　　　Defendant. | CR 20-463 DSF<br><br>ORDER RE EX PARTE MOTION FOR RULE 15 DEPOSITIONS OF FOREIGN WITNESSES DETAINED IN THE UNITED STATES |

　　The ex parte motion to set a hearing to consider Petitioner's request that the Court direct that Rule 15 depositions be taken as soon as possible is granted. The hearing is set for November 2, 2020 at 10:00 a.m. and will be held by videoconference, or telephone if videoconference is not reasonably available, if the defendant consents. Further information will be provided.

　　Any response the government or the defense is due no later than Tuesday, October 27 at 4:00 p.m. Petitioners may file a reply no later than Thursday, October 29 at 6:00 p.m.

　　Defense counsel must notify the Court and the parties no later than October 30 at noon whether the defendant will agree to a videoconference or telephonic hearing.

　　IT IS SO ORDERED.

Date:　October 23, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge